IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| STEVEN LAZAR, | : | |
| Petitioner, | : | CIVIL ACTION |
| v. | : | No. 14-6907 |
| BRIAN V. COLEMAN, | : | |
| Respondent. | : | |

## ORDER

This 1st day of March, 2017, upon careful and independent review of the petition for a writ of habeas corpus and consideration of the thorough and well-reasoned Report and Recommendation filed by U.S. Magistrate Judge M. Faith Angell, for the reasons expressed in my accompanying Memorandum it is hereby **ORDERED** that:

1. The petition for a writ of habeas corpus is **DENIED**.

2. A certificate of appealability under 28 U.S.C. § 2253(c)(2) is **ISSUED** as to whether, under 28 U.S.C. § 2254(d)(1), the state courts in this case unreasonably applied the prejudice prong of *Strickland v. Washington*, 466 U.S. 668 (1984).

　　　　　　　　　　　　　　　　　　　　　　/s/ Gerald Austin McHugh
　　　　　　　　　　　　　　　　　　　　　　United States District Judge