**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **STEVEN LAZAR** | : | |
| | : | **CIVIL ACTION** |
| v. | : | No. 14-6907 |
| | : | |
| **GEORGE LITTLE et al.,** | : | |

## ORDER

This 24th day of August, 2022, it is hereby **ORDERED** that Petitioner's Motion for Relief Pursuant to Federal Rule of Civil Procedure 60(b), ECF 33, is **GRANTED**, for the reasons set forth in the accompanying memorandum.

       /s/ Gerald Austin McHugh
       United States District Judge