IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| STEVEN LAZAR, | : | |
|     Petitioner, | : | |
| | : | Civil Action |
| v. | : | No. 14-06907-GAM |
| | : | |
| GEORGE LITTLE et al., | : | |
|     Respondents. | : | |

**COMMONWEALTH'S MOTION FOR LEAVE
TO FILE DOCUMENT UNDER SEAL**

1. Pursuant to Local Civil Rule 5.1.5(a)(2), the Commonwealth respectfully seeks leave to file a statement under seal concerning the Commonwealth's contacts with the victim's family members.

2. Before filing its Response to the Petitioner's Amended Habeas Petition, ECF No. 50, the Commonwealth spoke with two of the victim's family members, both of whom shared their thoughts about the disposition of this case. The Commonwealth also attempted to contact several other family members.

3. Out of respect for the family's privacy, the Commonwealth believes that details about its contacts with the victim's family members should be submitted under seal. *See* 18 U.S.C. § 3771(a)(8) & (b)(2)(A) (providing that in federal habeas cases arising out of a State conviction, crime victims have "[t]he right to be treated with fairness and with respect for the victim's dignity and privacy").

Dated: October 21, 2022					Respectfully submitted,

								/s/ Jessica Attie Gurvich
								JESSICA ATTIE GURVICH
								Assistant District Attorney
								Conviction Integrity Unit

								MICHAEL GARMISA
								Supervisor
								Conviction Integrity Unit

								District Attorney's Office
								Three South Penn Square
								Philadelphia, PA 19107
								215-686-5703