# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **STEVEN LAZAR** : | |
| : | |
| v. : | **CIVIL ACTION NO. 14-6907** |
| : | |
| **THE ATTORNEY GENERAL OF THE** : | |
| **STATE OF PENNSYLVANIA, et al.** : | |

## ORDER

This 6th day of March, 2023, it is hereby **ORDERED** that Petitioner's Motion for Relief Under 60B from Final Order and Judgement, ECF 33, is **GRANTED.** This Court's Order of March 1, 2017, denying relief under 28 U.S.C. § 2254, ECF 26, is hereby **VACATED.** Following reconsideration based upon an untainted record, the Amended Petition for Writ of Habeas Corpus, ECF 48, is **GRANTED** as to the claims one, two, and four. Petitioner must be retried within 180 days or released.

      /s/ Gerald Austin McHugh
      United States District Judge